# EXHIBIT B

25-2142GC Schedule of Providers

| Case Number | Organization # | Organization Name | Appealed Period | Cost Reporting Period Affected |
|---|---|---|---|---|
| 25-2142GC | 45-0358 | Houston Methodist Hospital (45-0358) | CY | |
| 25-2142GC | 45-0424 | Houston Methodist Baytown Hospital (45-0424) | CY | |
| 25-2142GC | 45-0709 | Houston Methodist Clear Lake Hospital (45-0709) | CY | |

25-2142GC Schedule of Providers

| Addnl. Cost Reporting Period Affected | MAC Code | Determination Type | Fiscal Year End | Provider Source | Provider Status | Final Determination Date |
|---|---|---|---|---|---|---|
| | J-H | Other | 12/31/1988 | Direct Add | Dismissed | 8/13/2024 |
| | J-H | Other | 12/31/1988 | Direct Add | Dismissed | 8/13/2024 |
| | J-H | Other | 6/30/1988 | Direct Add | Dismissed | 8/13/2024 |

25-2142GC Schedule of Providers

| Issue Submission Date | # of Days | Audit Adjustment Number | Controversy Amount | Transfer From - Case Number | Date GCP Added/Transferred |
|---|---|---|---|---|---|
| 2/14/2025 | 185 | N/A | 117540.262 | | 2/14/2025 |
| 2/14/2025 | 185 | N/A | 12060.454 | | 2/14/2025 |
| 2/14/2025 | 185 | N/A | 3534.082 | | 2/14/2025 |

25-2143GC Schedule of Providers

| Case Number | Organization # | Organization Name | Appealed Period | Cost Reporting Period Affected | Addnl. Cost Reporting Period Affected | MAC Code | Determination Type |
|---|---|---|---|---|---|---|---|
| 25-2143GC | 45-0358 | Houston Methodist Hospital (45-0358) | CY | | | J-H | Other |
| 25-2143GC | 45-0424 | Houston Methodist Baytown Hospital (45-0424) | CY | | | J-H | Other |
| 25-2143GC | 45-0709 | Houston Methodist Clear Lake Hospital (45-0709) | CY | | | J-H | Other |

25-2143GC Schedule of Providers

| Fiscal Year End | Provider Source | Provider Status | Final Determination Date | Issue Submission Date | # of Days | Audit Adjustment Number | Controversy Amount | Transfer From - Case Number | Date GCP Added/Transferred |
|---|---|---|---|---|---|---|---|---|---|
| 12/31/1989 | Direct Add | Dismissed | 8/13/2024 | 2/14/2025 | 185 | N/A | 122777.046 | | 2/14/2025 |
| 12/31/1989 | Direct Add | Dismissed | 8/13/2024 | 2/14/2025 | 185 | N/A | 14470.792 | | 2/14/2025 |
| 6/30/1989 | Direct Add | Dismissed | 8/13/2024 | 2/14/2025 | 185 | N/A | 3834.652 | | 2/14/2025 |

25-2144GC Schedule of Providers

| Case Number | Organization # | Organization Name | Appealed Period | Cost Reporting Period Affected | Addnl. Cost Reporting Period Affected | MAC Code | Determination Type |
|---|---|---|---|---|---|---|---|
| 25-2144GC | 45-0358 | Houston Methodist Hospital (45-0358) | CY | | | J-H | Other |
| 25-2144GC | 45-0424 | Houston Methodist Baytown Hospital (45-0424) | CY | | | J-H | Other |
| 25-2144GC | 45-0709 | Houston Methodist Clear Lake Hospital (45-0709) | CY | | | J-H | Other |

25-2144GC Schedule of Providers

| Fiscal Year End | Provider Source | Provider Status | Final Determination Date | Issue Submission Date | # of Days | Audit Adjustment Number | Controversy Amount | Transfer From - Case Number | Date GCP Added/Transferred |
|---|---|---|---|---|---|---|---|---|---|
| 12/31/1990 | Direct Add | Dismissed | 8/13/2024 | 2/14/2025 | 185 | N/A | 130941.52 | | 2/14/2025 |
| 12/31/1990 | Direct Add | Dismissed | 8/13/2024 | 2/14/2025 | 185 | N/A | 36476.2 | | 2/14/2025 |
| 6/30/1990 | Direct Add | Dismissed | 8/13/2024 | 2/14/2025 | 185 | N/A | 4076.322 | | 2/14/2025 |

25-2145GC Schedule of Providers

| Case Number | Organization # | Organization Name | Appealed Period | Cost Reporting Period Affected | Addnl. Cost Reporting Period Affected | MAC Code | Determination Type |
|---|---|---|---|---|---|---|---|
| 25-2145GC | 45-0358 | Houston Methodist Hospital (45-0358) | CY | | | J-H | Other |
| 25-2145GC | 45-0424 | Houston Methodist Baytown Hospital (45-0424) | CY | | | J-H | Other |
| 25-2145GC | 45-0709 | Houston Methodist Clear Lake Hospital (45-0709) | CY | | | J-H | Other |

25-2145GC Schedule of Providers

| Fiscal Year End | Provider Source | Provider Status | Final Determination Date | Issue Submission Date | # of Days | Audit Adjustment Number | Controversy Amount | Transfer From - Case Number | Date GCP Added/Transferred |
|---|---|---|---|---|---|---|---|---|---|
| 12/31/1991 | Direct Add | Dismissed | 8/13/2024 | 2/14/2025 | 185 | N/A | 142402.554 | | 2/14/2025 |
| 12/31/1991 | Direct Add | Dismissed | 8/13/2024 | 2/14/2025 | 185 | N/A | 69727.2 | | 2/14/2025 |
| 6/30/1991 | Direct Add | Dismissed | 8/13/2024 | 2/14/2025 | 185 | N/A | 5504.154 | | 2/14/2025 |

25-2146GC Schedule of Providers

| Case Number | Organization # | Organization Name | Appealed Period | Cost Reporting Period Affected | Addnl. Cost Reporting Period Affected | MAC Code | Determination Type | Fiscal Year End |
|---|---|---|---|---|---|---|---|---|
| 25-2146GC | 45-0358 | Houston Methodist Hospital (45-0358) | CY | | | J-H | Other | 12/31/1992 |
| 25-2146GC | 45-0424 | Houston Methodist Baytown Hospital (45-0424) | CY | | | J-H | Other | 12/31/1992 |
| 25-2146GC | 45-0709 | Houston Methodist Clear Lake Hospital (45-0709) | CY | | | J-H | Other | 6/30/1992 |

25-2146GC Schedule of Providers

| Provider Source | Provider Status | Final Determination Date | Issue Submission Date | # of Days | Audit Adjustment Number | Controversy Amount | Transfer From - Case Number | Date GCP Added/Transferred |
|---|---|---|---|---|---|---|---|---|
| Direct Add | Dismissed | 8/13/2024 | 2/14/2025 | 185 | N/A | 152595.012 | | 2/14/2025 |
| Direct Add | Dismissed | 8/13/2024 | 2/14/2025 | 185 | N/A | 111426.1 | | 2/14/2025 |
| Direct Add | Dismissed | 8/13/2024 | 2/14/2025 | 185 | N/A | 6111.83 | | 2/14/2025 |

25-2147GC Schedule of Providers

| Case Number | Organization # | Organization Name | Appealed Period | Cost Reporting Period Affected | Addnl. Cost Reporting Period Affected | MAC Code | Determination Type |
|---|---|---|---|---|---|---|---|
| 25-2147GC | 45-0358 | Houston Methodist Hospital (45-0358) | CY | | | J-H | Other |
| 25-2147GC | 45-0424 | Houston Methodist Baytown Hospital (45-0424) | CY | | | J-H | Other |
| 25-2147GC | 45-0709 | Houston Methodist Clear Lake Hospital (45-0709) | CY | | | J-H | Other |

25-2147GC Schedule of Providers

| Fiscal Year End | Provider Source | Provider Status | Final Determination Date | Issue Submission Date | # of Days | Audit Adjustment Number | Controversy Amount | Transfer From - Case Number | Date GCP Added/Transferred |
|---|---|---|---|---|---|---|---|---|---|
| 12/31/1993 | Direct Add | Dismissed | 8/13/2024 | 2/14/2025 | 185 | N/A | 166214.1 | | 2/14/2025 |
| 12/31/1993 | Direct Add | Dismissed | 8/13/2024 | 2/14/2025 | 185 | N/A | 130293.1 | | 2/14/2025 |
| 6/30/1993 | Direct Add | Dismissed | 8/13/2024 | 2/14/2025 | 185 | N/A | 6552.574 | | 2/14/2025 |

25-2149GC Schedule of Providers

| Case Number | Organization # | Organization Name | Appealed Period | Cost Reporting Period Affected | Addnl. Cost Reporting Period Affected | MAC Code | Determination Type |
|---|---|---|---|---|---|---|---|
| 25-2149GC | 45-0358 | Houston Methodist Hospital (45-0358) | CY | | | J-H | Other |
| 25-2149GC | 45-0424 | Houston Methodist Baytown Hospital (45-0424) | CY | | | J-H | Other |
| 25-2149GC | 45-0709 | Houston Methodist Clear Lake Hospital (45-0709) | CY | | | J-H | Other |

25-2149GC Schedule of Providers

| Fiscal Year End | Provider Source | Provider Status | Final Determination Date | Issue Submission Date | # of Days | Audit Adjustment Number | Controversy Amount | Transfer From - Case Number | Date GCP Added/Transferred |
|---|---|---|---|---|---|---|---|---|---|
| 12/31/1994 | Direct Add | Dismissed | 8/13/2024 | 2/14/2025 | 185 | N/A | 158529.18 | | 2/14/2025 |
| 12/31/1994 | Direct Add | Dismissed | 8/13/2024 | 2/14/2025 | 185 | N/A | 134300.2 | | 2/14/2025 |
| 6/30/1994 | Direct Add | Dismissed | 8/13/2024 | 2/14/2025 | 185 | N/A | 7721.546 | | 2/14/2025 |

25-2150GC Schedule of Providers

| Case Number | Organization # | Organization Name | Appealed Period | Cost Reporting Period Affected | Addnl. Cost Reporting Period Affected | MAC Code | Determination Type |
|---|---|---|---|---|---|---|---|
| 25-2150GC | 45-0358 | Houston Methodist Hospital (45-0358) | CY | | | J-H | Other |
| 25-2150GC | 45-0424 | Houston Methodist Baytown Hospital (45-0424) | CY | | | J-H | Other |
| 25-2150GC | 45-0709 | Houston Methodist Clear Lake Hospital (45-0709) | CY | | | J-H | Other |

25-2150GC Schedule of Providers

| Fiscal Year End | Provider Source | Provider Status | Final Determination Date | Issue Submission Date | # of Days | Audit Adjustment Number | Controversy Amount | Transfer From - Case Number | Date GCP Added/Transferred |
|---|---|---|---|---|---|---|---|---|---|
| 12/31/1995 | Direct Add | Dismissed | 8/13/2024 | 2/14/2025 | 185 | N/A | 159686.86 | | 2/14/2025 |
| 12/31/1995 | Direct Add | Dismissed | 8/13/2024 | 2/14/2025 | 185 | N/A | 129208.4 | | 2/14/2025 |
| 6/30/1995 | Direct Add | Dismissed | 8/13/2024 | 2/14/2025 | 185 | N/A | 7221.16 | | 2/14/2025 |

25-2152GC Schedule of Providers

| Case Number | Organization # | Organization Name | Appealed Period | Cost Reporting Period Affected | Addnl. Cost Reporting Period Affected | MAC Code | Determination Type |
|---|---|---|---|---|---|---|---|
| 25-2152GC | 45-0424 | Houston Methodist Baytown Hospital (45-0424) | CY | | | J-H | Other |
| 25-2152GC | 45-0358 | Houston Methodist Hospital (45-0358) | CY | | | J-H | Other |
| 25-2152GC | 45-0424 | Houston Methodist Baytown Hospital (45-0424) | CY | | | J-H | Other |
| 25-2152GC | 45-0709 | Houston Methodist Clear Lake Hospital (45-0709) | CY | | | J-H | Other |

25-2152GC Schedule of Providers

| Fiscal Year End | Provider Source | Provider Status | Final Determination Date | Issue Submission Date | # of Days | Audit Adjustment Number | Controversy Amount | Transfer From - Case Number | Date GCP Added/Transferred |
|---|---|---|---|---|---|---|---|---|---|
| 12/31/1996 | Direct Add | Dismissed | 8/13/2024 | 2/10/2025 | 181 | N/A | 154018 | | 2/10/2025 |
| 12/31/1996 | Direct Add | Dismissed | 8/13/2024 | 2/14/2025 | 185 | N/A | 187601.338 | | 2/14/2025 |
| 12/31/1996 | Direct Add | Dismissed | 8/13/2024 | 2/14/2025 | 185 | N/A | 121205.7 | | 2/14/2025 |
| 6/30/1996 | Direct Add | Dismissed | 8/13/2024 | 2/14/2025 | 185 | N/A | 6827.218 | | 2/14/2025 |

25-2153GC Schedule of Providers

| Case Number | Organization # | Organization Name | Appealed Period | Cost Reporting Period Affected | Addnl. Cost Reporting Period Affected | MAC Code | Determination Type | Fiscal Year End |
|---|---|---|---|---|---|---|---|---|
| 25-2153GC | 45-0424 | Houston Methodist Bay CY | | | | J-H | Other | 12/31/1997 |
| 25-2153GC | 45-0358 | Houston Methodist Hos CY | | | | J-H | Other | 12/31/1997 |
| 25-2153GC | 45-0424 | Houston Methodist Bay CY | | | | J-H | Other | 12/31/1997 |
| 25-2153GC | 45-0709 | Houston Methodist Cle: CY | | | | J-H | Other | 6/30/1997 |

25-2153GC Schedule of Providers

| Provider Source | Provider Status | Final Determination Date | Issue Submission Date | # of Days | Audit Adjustment Number | Controversy Amount | Transfer From - Case Number | Date GCP Added/Transferred |
|---|---|---|---|---|---|---|---|---|
| Direct Add | Dismissed | 8/13/2024 | 2/10/2025 | 181 | N/A | 142097 | | 2/10/2025 |
| Direct Add | Dismissed | 8/13/2024 | 2/14/2025 | 185 | N/A | 195617.52 | | 2/14/2025 |
| Direct Add | Dismissed | 8/13/2024 | 2/14/2025 | 185 | N/A | 157005.6 | | 2/14/2025 |
| Direct Add | Dismissed | 8/13/2024 | 2/14/2025 | 185 | N/A | 8737.948 | | 2/14/2025 |

25-2155GC Schedule of Providers

| Case Number | Organization # | Organization Name | Appealed Period | Cost Reporting Period Affected | Addnl. Cost Reporting Period Affected | MAC Code |
|---|---|---|---|---|---|---|
| 25-2155GC | 45-0424 | Houston Methodist Baytown Hospital (45-0424) | CY | | | J-H |
| 25-2155GC | 45-0358 | Houston Methodist Hospital (45-0358) | CY | | | J-H |
| 25-2155GC | 45-0424 | Houston Methodist Baytown Hospital (45-0424) | CY | | | J-H |
| 25-2155GC | 45-0709 | Houston Methodist Clear Lake Hospital (45-0709) | CY | | | J-H |
| 25-2155GC | 45-0820 | Houston Methodist Sugarland Hospital (45-0820) | CY | | | J-H |

25-2155GC Schedule of Providers

| Determination Type | Fiscal Year End | Provider Source | Provider Status | Final Determination Date | Issue Submission Date | # of Days | Audit Adjustment Number | Controversy Amount | Transfer From - Case Number | Date GCP Added/Transferred |
|---|---|---|---|---|---|---|---|---|---|---|
| Other | 12/31/1998 | Direct Add | Dismissed | 8/13/2024 | 2/8/2025 | 179 | N/A | 137789 | | 2/8/2025 |
| Other | 12/31/1998 | Direct Add | Dismissed | 8/13/2024 | 2/14/2025 | 185 | N/A | 207353.656 | | 2/14/2025 |
| Other | 12/31/1998 | Direct Add | Dismissed | 8/13/2024 | 2/14/2025 | 185 | N/A | 129987.5 | | 2/14/2025 |
| Other | 6/30/1998 | Direct Add | Dismissed | 8/13/2024 | 2/14/2025 | 185 | N/A | 12787.5 | | 2/14/2025 |
| Other | 12/31/1998 | Direct Add | Dismissed | 8/13/2024 | 2/14/2025 | 185 | N/A | 282.452 | | 2/14/2025 |

25-2156GC_Schedule of Providers

| Case Number | Organization # | Organization Name | Appealed Period | Cost Reporting Period Affected | Addnl. Cost Reporting Period Affected | MAC Code | Determination Type | Fiscal Year End |
|---|---|---|---|---|---|---|---|---|
| 25-2156GC | 45-0424 | Houston Methodist | CY | | | J-H | Other | 12/31/1999 |
| 25-2156GC | 45-0358 | Houston Methodist | CY | | | J-H | Other | 12/31/1999 |
| 25-2156GC | 45-0424 | Houston Methodist | CY | | | J-H | Other | 12/31/1999 |
| 25-2156GC | 45-0709 | Houston Methodist | CY | | | J-H | Other | 1/31/1999 |
| 25-2156GC | 45-0709 | Houston Methodist | CY | | | J-H | Other | 6/30/1999 |
| 25-2156GC | 45-0820 | Houston Methodist | CY | | | J-H | Other | 12/31/1999 |

| Provider Source | Provider Status | Final Determination Date | Issue Submission Date | # of Days | Audit Adjustment Number | Controversy Amount | Transfer From - Case Number | Date GCP Added/Transferred |
|---|---|---|---|---|---|---|---|---|
| Direct Add | Dismissed | 8/13/2024 | 2/10/2025 | 181 | N/A | 145569 | | 2/10/2025 |
| Direct Add | Dismissed | 8/13/2024 | 2/14/2025 | 185 | N/A | 197798.038 | | 2/14/2025 |
| Direct Add | Dismissed | 8/13/2024 | 2/14/2025 | 185 | N/A | 132555 | | 2/14/2025 |
| Direct Add | Dismissed | 8/13/2024 | 2/14/2025 | 185 | N/A | 5065.552 | | 2/14/2025 |
| Direct Add | Dismissed | 8/13/2024 | 2/14/2025 | 185 | N/A | 4126.542 | | 2/14/2025 |
| Direct Add | Dismissed | 8/13/2024 | 2/14/2025 | 185 | N/A | 1095.746 | | 2/14/2025 |

25-2157GC_Schedule of Providers

| Case Number | Organization # | Organization Name | Appealed Period | Cost Reporting Period Affected | Addnl. Cost Reporting Period Affected | MAC Code | Determination Type |
|---|---|---|---|---|---|---|---|
| 25-2157GC | 45-0424 | Houston Methodist Baytown Hospital (45-0424) | CY | | | J-H | Other |
| 25-2157GC | 45-0358 | Houston Methodist Hospital (45-0358) | CY | | | J-H | Other |
| 25-2157GC | 45-0424 | Houston Methodist Baytown Hospital (45-0424) | CY | | | J-H | Other |
| 25-2157GC | 45-0709 | Houston Methodist Clear Lake Hospital (45-0709) | CY | | | J-H | Other |
| 25-2157GC | 45-0820 | Houston Methodist Sugarland Hospital (45-0820) | CY | | | J-H | Other |

25-2157GC_Schedule of Providers

| Fiscal Year End | Provider Source | Provider Status | Final Determination Date | Issue Submission Date | # of Days | Audit Adjustment Number | Controversy Amount | Transfer From - Case Number | Date GCP Added/Transferred |
|---|---|---|---|---|---|---|---|---|---|
| 12/31/2000 | Direct Add | Dismissed | 8/13/2024 | 2/10/2025 | 181 | N/A | 149237 | | 2/10/2025 |
| 12/31/2000 | Direct Add | Dismissed | 8/13/2024 | 2/14/2025 | 185 | N/A | 186593.224 | | 2/14/2025 |
| 12/31/2000 | Direct Add | Dismissed | 8/13/2024 | 2/14/2025 | 185 | N/A | 142306.1 | | 2/14/2025 |
| 6/30/2000 | Direct Add | Dismissed | 8/13/2024 | 2/14/2025 | 185 | N/A | 8438.854 | | 2/14/2025 |
| 12/31/2000 | Direct Add | Dismissed | 8/13/2024 | 2/14/2025 | 185 | N/A | 1670.142 | | 2/14/2025 |

25-2158GC_Schedule of Providers

| Case Number | Organization # | Organization Name | Appealed Period | Cost Reporting Period Affected | Addnl. Cost Reporting Period Affected | MAC Code | Determination Type |
|---|---|---|---|---|---|---|---|
| 25-2158GC | 45-0424 | Houston Methodist Baytown Hospital (45-0424) | CY | | | J-H | Other |
| 25-2158GC | 45-0358 | Houston Methodist Hospital (45-0358) | CY | | | J-H | Other |
| 25-2158GC | 45-0424 | Houston Methodist Baytown Hospital (45-0424) | CY | | | J-H | Other |
| 25-2158GC | 45-0709 | Houston Methodist Clear Lake Hospital (45-0709) | CY | | | J-H | Other |
| 25-2158GC | 45-0820 | Houston Methodist Sugarland Hospital (45-0820) | CY | | | J-H | Other |
| 25-2158GC | 45-0844 | Houston Methodist Willowbrook Hospital (45-0844) | CY | | | J-H | Other |

25-2158GC_Schedule of Providers

| Fiscal Year End | Provider Source | Provider Status | Final Determination Date | Issue Submission Date | # of Days | Audit Adjustment Number | Controversy Amount | Transfer From - Case Number | Date GCP Added/Transferred |
|---|---|---|---|---|---|---|---|---|---|
| 12/31/2001 | Direct Add | Dismissed | 8/13/2024 | 2/10/2025 | 181 | N/A | 86637 | | 2/10/2025 |
| 12/31/2001 | Direct Add | Dismissed | 8/13/2024 | 2/14/2025 | 185 | N/A | 117342.096 | | 2/14/2025 |
| 12/31/2001 | Direct Add | Dismissed | 8/13/2024 | 2/14/2025 | 185 | N/A | 169773.8 | | 2/14/2025 |
| 6/30/2001 | Direct Add | Dismissed | 8/13/2024 | 2/14/2025 | 185 | N/A | 11023.846 | | 2/14/2025 |
| 12/31/2001 | Direct Add | Dismissed | 8/13/2024 | 2/14/2025 | 185 | N/A | 1635.93 | | 2/14/2025 |
| 12/31/2001 | Direct Add | Dismissed | 8/13/2024 | 2/14/2025 | 185 | N/A | 2381.244 | | 2/14/2025 |

25-2161GC_Schedule of Providers

| Case Number | Organization # | Organization Name | Appealed Period | Cost Reporting Period Affected | Addnl. Cost Reporting Period Affected | MAC Code | Determination Type |
|---|---|---|---|---|---|---|---|
| 25-2161GC | 45-0424 | Houston Methodist Baytown Hospital (45-0424) | CY | | | J-H | Other |
| 25-2161GC | 45-0844 | Houston Methodist Willowbrook Hospital (45-0844) | CY | | | J-H | Other |
| 25-2161GC | 45-0358 | Houston Methodist Hospital (45-0358) | CY | | | J-H | Other |
| 25-2161GC | 45-0424 | Houston Methodist Baytown Hospital (45-0424) | CY | | | J-H | Other |
| 25-2161GC | 45-0709 | Houston Methodist Clear Lake Hospital (45-0709) | CY | | | J-H | Other |
| 25-2161GC | 45-0820 | Houston Methodist Sugarland Hospital (45-0820) | CY | | | J-H | Other |
| 25-2161GC | 45-0844 | Houston Methodist Willowbrook Hospital (45-0844) | CY | | | J-H | Other |

25-2161GC_Schedule of Providers

| Fiscal Year End | Provider Source | Provider Status | Final Determination Date | Issue Submission Date | # of Days | Audit Adjustment Number | Controversy Amount | Transfer From - Case Number | Date GCP Added/Transferred |
|---|---|---|---|---|---|---|---|---|---|
| 12/31/2002 | Direct Add | Dismissed | 8/13/2024 | 2/10/2025 | 181 | N/A | 263366 | | 2/10/2025 |
| 12/31/2002 | Direct Add | Dismissed | 8/13/2024 | 2/10/2025 | 181 | N/A | 12162 | | 2/10/2025 |
| 12/31/2002 | Direct Add | Dismissed | 8/13/2024 | 2/14/2025 | 185 | N/A | 1293.2 | | 2/14/2025 |
| 12/31/2002 | Direct Add | Dismissed | 8/13/2024 | 2/14/2025 | 185 | N/A | 175965.6 | | 2/14/2025 |
| 6/30/2002 | Direct Add | Dismissed | 8/13/2024 | 2/14/2025 | 185 | N/A | 13761.152 | | 2/14/2025 |
| 12/31/2002 | Direct Add | Dismissed | 8/13/2024 | 2/14/2025 | 185 | N/A | 14807.6 | | 2/14/2025 |
| 12/31/2002 | Direct Add | Dismissed | 8/13/2024 | 2/14/2025 | 185 | N/A | 12162.5 | | 2/14/2025 |

25-2162GC_Schedule of Providers

| Case Number | Organization # | Organization Name | Appealed Period | Cost Reporting Period Affected | Addnl. Cost Reporting Period Affected | MAC Code | Determination Type | Fiscal Year End |
|---|---|---|---|---|---|---|---|---|
| 25-2162GC | 45-0358 | Houston Methodist Hospital (45-0358) | CY | | | J-H | Other | 12/31/2003 |
| 25-2162GC | 45-0424 | Houston Methodist Baytown Hospital (45-0424) | CY | | | J-H | Other | 12/31/2003 |
| 25-2162GC | 45-0844 | Houston Methodist Willowbrook Hospital (45-0844) | CY | | | J-H | Other | 12/31/2003 |
| 25-2162GC | 45-0358 | Houston Methodist Hospital (45-0358) | CY | | | J-H | Other | 12/31/2003 |
| 25-2162GC | 45-0424 | Houston Methodist Baytown Hospital (45-0424) | CY | | | J-H | Other | 12/31/2003 |
| 25-2162GC | 45-0709 | Houston Methodist Clear Lake Hospital (45-0709) | CY | | | J-H | Other | 6/30/2003 |
| 25-2162GC | 45-0820 | Houston Methodist Sugarland Hospital (45-0820) | CY | | | J-H | Other | 12/31/2003 |
| 25-2162GC | 45-0844 | Houston Methodist Willowbrook Hospital (45-0844) | CY | | | J-H | Other | 12/31/2003 |

25-2162GC_Schedule of Providers

| Provider Source | Provider Status | Final Determination Date | Issue Submission Date | # of Days | Audit Adjustment Number | Controversy Amount | Transfer From - Case Number | Date GCP Added/Transferred |
|---|---|---|---|---|---|---|---|---|
| Direct Add | Dismissed | 8/13/2024 | 2/10/2025 | 181 | N/A | 393268 | | 2/10/2025 |
| Direct Add | Dismissed | 8/13/2024 | 2/10/2025 | 181 | N/A | 311725 | | 2/10/2025 |
| Direct Add | Dismissed | 8/13/2024 | 2/10/2025 | 181 | N/A | 24826 | | 2/10/2025 |
| Direct Add | Dismissed | 8/13/2024 | 2/14/2025 | 185 | N/A | 3149026.36 | | 2/14/2025 |
| Direct Add | Dismissed | 8/13/2024 | 2/14/2025 | 185 | N/A | 3621107.6 | | 2/14/2025 |
| Direct Add | Dismissed | 8/13/2024 | 2/14/2025 | 185 | N/A | 324676 | | 2/14/2025 |
| Direct Add | Dismissed | 8/13/2024 | 2/14/2025 | 185 | N/A | 136378 | | 2/14/2025 |
| Direct Add | Dismissed | 8/13/2024 | 2/14/2025 | 185 | N/A | 273090.4 | | 2/14/2025 |

25-2163GC_Schedule of Providers

| Case Number | Organization # | Organization Name | Appealed Period | Cost Reporting Period Affected | Addnl. Cost Reporting Period Affected | MAC Code | Determination Type |
|---|---|---|---|---|---|---|---|
| 25-2163GC | 45-0358 | Houston Methodist Hospital (45-0358) | CY | | | J-H | Other |
| 25-2163GC | 45-0424 | Houston Methodist Baytown Hospital (45-0424) | CY | | | J-H | Other |
| 25-2163GC | 45-0820 | Houston Methodist Sugarland Hospital (45-0820) | CY | | | J-H | Other |
| 25-2163GC | 45-0844 | Houston Methodist Willowbrook Hospital (45-0844) | CY | | | J-H | Other |
| 25-2163GC | 45-0358 | Houston Methodist Hospital (45-0358) | CY | | | J-H | Other |
| 25-2163GC | 45-0424 | Houston Methodist Baytown Hospital (45-0424) | CY | | | J-H | Other |
| 25-2163GC | 45-0709 | Houston Methodist Clear Lake Hospital (45-0709) | CY | | | J-H | Other |
| 25-2163GC | 45-0844 | Houston Methodist Willowbrook Hospital (45-0844) | CY | | | J-H | Other |

25-2163GC_Schedule of Providers

| Fiscal Year End | Provider Source | Provider Status | Final Determination Date | Issue Submission Date | # of Days | Audit Adjustment Number | Controversy Amount | Transfer From - Case Number | Date GCP Added/Transferred |
|---|---|---|---|---|---|---|---|---|---|
| 12/31/2004 | Direct Add | Dismissed | 8/13/2024 | 2/10/2025 | 181 | N/A | 481777 | | 2/10/2025 |
| 12/31/2004 | Direct Add | Dismissed | 8/13/2024 | 2/10/2025 | 181 | N/A | 348587 | | 2/10/2025 |
| 12/31/2004 | Direct Add | Dismissed | 8/13/2024 | 2/10/2025 | 181 | N/A | 31850 | | 2/10/2025 |
| 12/31/2004 | Direct Add | Dismissed | 8/13/2024 | 2/10/2025 | 181 | N/A | 27235 | | 2/10/2025 |
| 12/31/2004 | Direct Add | Dismissed | 8/13/2024 | 2/14/2025 | 185 | N/A | 3083437.74 | | 2/14/2025 |
| 12/31/2004 | Direct Add | Dismissed | 8/13/2024 | 2/14/2025 | 185 | N/A | 2861565.3 | | 2/14/2025 |
| 6/30/2004 | Direct Add | Dismissed | 8/13/2024 | 2/14/2025 | 185 | N/A | 150439.146 | | 2/14/2025 |
| 12/31/2004 | Direct Add | Dismissed | 8/13/2024 | 2/14/2025 | 185 | N/A | 190569.5 | | 2/14/2025 |

25-2164GC_Schedule of Providers

| Case Number | Organization # | Organization Name | Appealed Period | Cost Reporting Period Affected | Addnl. Cost Reporting Period Affected | MAC Code | Determination Type |
|---|---|---|---|---|---|---|---|
| 25-2164GC | 45-0820 | Houston Methodist Sugarland Hospital (45-0820) | CY | | | J-H | Other |
| 25-2164GC | 45-0358 | Houston Methodist Hospital (45-0358) | CY | | | J-H | Other |
| 25-2164GC | 45-0424 | Houston Methodist Baytown Hospital (45-0424) | CY | | | J-H | Other |
| 25-2164GC | 45-0844 | Houston Methodist Willowbrook Hospital (45-0844) | CY | | | J-H | Other |

25-2164GC_Schedule of Providers

| Fiscal Year End | Provider Source | Provider Status | Final Determination Date | Issue Submission Date | # of Days | Audit Adjustment Number | Controversy Amount | Transfer From - Case Number | Date GCP Added/Transferred |
|---|---|---|---|---|---|---|---|---|---|
| 12/31/2005 | Direct Add | Dismissed | 8/13/2024 | 2/7/2025 | 178 | N/A | 42624 | | 2/7/2025 |
| 12/31/2005 | Direct Add | Dismissed | 8/13/2024 | 2/10/2025 | 181 | N/A | 556777 | | 2/10/2025 |
| 12/31/2005 | Direct Add | Dismissed | 8/13/2024 | 2/10/2025 | 181 | N/A | 343405 | | 2/10/2025 |
| 12/31/2005 | Direct Add | Dismissed | 8/13/2024 | 2/10/2025 | 181 | N/A | 46047 | | 2/10/2025 |

25-2165GC_Schedule of Providers

| Case Number | Organization # | Organization Name | Appealed Period | Cost Reporting Period Affected | Addnl. Cost Reporting Period Affected | MAC Code | Determination Type | Fiscal Year End |
|---|---|---|---|---|---|---|---|---|
| 25-2165GC | 45-0424 | Houston Methodist Baytown Hospital (45-0424) | CY | | | J-H | Other | 12/31/2006 |
| 25-2165GC | 45-0358 | Houston Methodist Hospital (45-0358) | CY | | | J-H | Other | 12/31/2006 |
| 25-2165GC | 45-0820 | Houston Methodist Sugarland Hospital (45-0820) | CY | | | J-H | Other | 12/31/2006 |
| 25-2165GC | 45-0844 | Houston Methodist Willowbrook Hospital (45-0844) | CY | | | J-H | Other | 12/31/2006 |

25-2165GC_Schedule of Providers

| Provider Source | Provider Status | Final Determination Date | Issue Submission Date | # of Days | Audit Adjustment Number | Controversy Amount | Transfer From - Case Number | Date GCP Added/Transferred |
|---|---|---|---|---|---|---|---|---|
| Direct Add | Dismissed | 8/13/2024 | 2/7/2025 | 178 | N/A | 353367 | | 2/7/2025 |
| Direct Add | Dismissed | 8/13/2024 | 2/10/2025 | 181 | N/A | 746459 | | 2/10/2025 |
| Direct Add | Dismissed | 8/13/2024 | 2/10/2025 | 181 | N/A | 51562 | | 2/10/2025 |
| Direct Add | Dismissed | 8/13/2024 | 2/10/2025 | 181 | N/A | 89050 | | 2/10/2025 |

25-2167GC_Schedule of Providers

| Case Number | Organization # | Organization Name | Appealed Period | Cost Reporting Period Affected | Addnl. Cost Reporting Period Affected | MAC Code | Determination Type |
|---|---|---|---|---|---|---|---|
| 25-2167GC | 45-0424 | Houston Methodist Baytown Hospital (45-0424) | CY | | | J-H | Other |
| 25-2167GC | 45-0358 | Houston Methodist Hospital (45-0358) | CY | | | J-H | Other |
| 25-2167GC | 45-0820 | Houston Methodist Sugarland Hospital (45-0820) | CY | | | J-H | Other |
| 25-2167GC | 45-0844 | Houston Methodist Willowbrook Hospital (45-0844) | CY | | | J-H | Other |

| Fiscal Year End | Provider Source | Provider Status | Final Determination Date | Issue Submission Date | # of Days | Audit Adjustment Number | Controversy Amount | Transfer From - Case Number | Date GCP Added/Transferred |
|---|---|---|---|---|---|---|---|---|---|
| 12/31/2007 | Direct Add | Dismissed | 8/13/2024 | 2/7/2025 | 178 | N/A | 361679 | | 2/7/2025 |
| 12/31/2007 | Direct Add | Dismissed | 8/31/2024 | 2/7/2025 | 160 | N/A | 793706 | | 2/7/2025 |
| 12/31/2007 | Direct Add | Dismissed | 8/13/2024 | 2/7/2025 | 178 | N/A | 48230 | | 2/7/2025 |
| 12/31/2007 | Direct Add | Dismissed | 8/13/2024 | 2/7/2025 | 178 | N/A | 109429 | | 2/7/2025 |

25-2173GC_Schedule of Providers

| Case Number | Organization # | Organization Name | Appealed Period | Cost Reporting Period Affected | Addnl. Cost Reporting Period Affected | MAC Code | Determination Type |
|---|---|---|---|---|---|---|---|
| 25-2173GC | 45-0424 | Houston Methodist Baytown Hospital (45-0424) | CY | | | J-H | Other |
| 25-2173GC | 45-0358 | Houston Methodist Hospital (45-0358) | CY | | | J-H | Other |
| 25-2173GC | 45-0820 | Houston Methodist Sugarland Hospital (45-0820) | CY | | | J-H | Other |
| 25-2173GC | 45-0844 | Houston Methodist Willowbrook Hospital (45-0844) | CY | | | J-H | Other |

25-2173GC_Schedule of Providers

| Fiscal Year End | Provider Source | Provider Status | Final Determination Date | Issue Submission Date | # of Days | Audit Adjustment Number | Controversy Amount | Transfer From - Case Number | Date GCP Added/Transferred |
|---|---|---|---|---|---|---|---|---|---|
| 12/31/2010 | Direct Add | Dismissed | 8/13/2024 | 2/7/2025 | 178 | N/A | 470127 | | 2/7/2025 |
| 12/31/2010 | Direct Add | Dismissed | 8/13/2024 | 2/7/2025 | 178 | N/A | 714011 | | 2/7/2025 |
| 12/31/2010 | Direct Add | Dismissed | 8/13/2024 | 2/7/2025 | 178 | N/A | 225994 | | 2/7/2025 |
| 12/31/2010 | Direct Add | Dismissed | 8/13/2024 | 2/7/2025 | 178 | N/A | 209891 | | 2/7/2025 |

| Case Number | Organization # | Organization Name | Appealed Period | Cost Reporting Period Affected | Addnl. Cost Reporting Period Affected | MAC Code | Determination Type |
|---|---|---|---|---|---|---|---|
| 25-2174GC | 45-0820 | Houston Methodist Sugarland Hospital (45-0820) | CY | | | J-H | Other |
| 25-2174GC | 45-0844 | Houston Methodist Willowbrook Hospital (45-0844) | CY | | | J-H | Other |
| 25-2174GC | 67-0077 | Houston Methodist West Hospital (67-0077) | CY | | | J-H | Other |

| Fiscal Year End | Provider Source | Provider Status | Final Determination Date | Issue Submission Date | # of Days | Audit Adjustment Number | Controversy Amount | Transfer From - Case Number | Date GCP Added/Transferred |
|---|---|---|---|---|---|---|---|---|---|
| 12/31/2011 | Direct Add | Dismissed | 8/13/2024 | 2/7/2025 | 178 | N/A | 286481 | | 2/7/2025 |
| 12/31/2011 | Direct Add | Dismissed | 8/13/2024 | 2/7/2025 | 178 | N/A | 301122 | | 2/7/2025 |
| 12/31/2011 | Direct Add | Dismissed | 8/13/2024 | 2/8/2025 | 179 | N/A | 46321 | | 2/8/2025 |

| Case Number | Organization # | Organization Name | Appealed Period | Cost Reporting Period Affected | Addnl. Cost Reporting Period Affected | MAC Code | Determination Type |
|---|---|---|---|---|---|---|---|
| 25-2175GC | 45-0844 | Houston Methodist Willowbrook Hospital (45-0844) | CY | | | J-H | Other |
| 25-2175GC | 67-0077 | Houston Methodist West Hospital (67-0077) | CY | | | J-H | Other |

| Fiscal Year End | Provider Source | Provider Status | Final Determination Date | Issue Submission Date | # of Days | Audit Adjustment Number | Controversy Amount | Transfer From - Case Number | Date GCP Added/Transferred |
|---|---|---|---|---|---|---|---|---|---|
| 12/31/2012 | Direct Add | Dismissed | 8/13/2024 | 2/7/2025 | 178 | N/A | 415482 | | 2/7/2025 |
| 12/31/2012 | Direct Add | Dismissed | 8/13/2024 | 2/8/2025 | 179 | N/A | 102210 | | 2/8/2025 |

25-2176GC_Schedule of Providers

| Case Number | Organization # | Organization Name | Appealed Period | Cost Reporting Period Affected | Addnl. Cost Reporting Period Affected | MAC Code | Determination Type |
|---|---|---|---|---|---|---|---|
| 25-2176GC | 45-0424 | Houston Methodist Baytown Hospital (45-0424) | CY | | | J-H | Other |
| 25-2176GC | 45-0358 | Houston Methodist Hospital (45-0358) | CY | | | J-H | Other |
| 25-2176GC | 45-0820 | Houston Methodist Sugarland Hospital (45-0820) | CY | | | J-L | Other |
| 25-2176GC | 45-0844 | Houston Methodist Willowbrook Hospital (45-0844) | CY | | | J-H | Other |
| 25-2176GC | 67-0077 | Houston Methodist West Hospital (67-0077) | CY | | | J-H | Other |

25-2176GC_Schedule of Providers

| Fiscal Year End | Provider Source | Provider Status | Final Determination Date | Issue Submission Date | # of Days | Audit Adjustment Number | Controversy Amount | Transfer From - Case Number | Date GCP Added/Transferred |
|---|---|---|---|---|---|---|---|---|---|
| 12/31/2013 | Direct Add | Dismissed | 8/13/2024 | 2/7/2025 | 178 | N/A | 319538 | | 2/7/2025 |
| 12/31/2013 | Direct Add | Dismissed | 8/13/2024 | 2/7/2025 | 178 | N/A | 400302 | | 2/7/2025 |
| 12/31/2013 | Direct Add | Dismissed | 8/13/2024 | 2/7/2025 | 178 | N/A | 257515 | | 2/7/2025 |
| 12/31/2013 | Direct Add | Dismissed | 8/13/2024 | 2/7/2025 | 178 | N/A | 322020 | | 2/7/2025 |
| 12/31/2013 | Direct Add | Dismissed | 8/13/2024 | 2/8/2025 | 179 | N/A | 145656 | | 2/8/2025 |

25-2177GC_Schedule of Providers

| Case Number | Organization # | Organization Name | Appealed Period | Cost Reporting Period Affected | Addnl. Cost Reporting Period Affected | MAC Code | Determination Type |
|---|---|---|---|---|---|---|---|
| 25-2177GC | 45-0424 | Houston Methodist Baytown Hospital (45-0424) | CY | | | J-H | Other |
| 25-2177GC | 45-0358 | Houston Methodist Hospital (45-0358) | CY | | | J-H | Other |
| 25-2177GC | 45-0820 | Houston Methodist Sugarland Hospital (45-0820) | CY | | | J-H | Other |
| 25-2177GC | 45-0844 | Houston Methodist Willowbrook Hospital (45-0844) | CY | | | J-H | Other |
| 25-2177GC | 67-0077 | Houston Methodist West Hospital (67-0077) | CY | | | J-H | Other |

25-2177GC_Schedule of Providers

| Fiscal Year End | Provider Source | Provider Status | Final Determination Date | Issue Submission Date | # of Days | Audit Adjustment Number | Controversy Amount | Transfer From - Case Number | Date GCP Added/Transferred |
|---|---|---|---|---|---|---|---|---|---|
| 12/31/2014 | Direct Add | Dismissed | 8/13/2024 | 2/7/2025 | 178 | N/A | 112825 | | 2/7/2025 |
| 12/31/2014 | Direct Add | Dismissed | 8/31/2024 | 2/7/2025 | 160 | N/A | 133319 | | 2/7/2025 |
| 12/31/2014 | Direct Add | Dismissed | 8/13/2024 | 2/7/2025 | 178 | N/A | 76384 | | 2/7/2025 |
| 12/31/2014 | Direct Add | Dismissed | 8/31/2024 | 2/8/2025 | 161 | N/A | 101204 | | 2/8/2025 |
| 12/31/2014 | Direct Add | Dismissed | 8/13/2024 | 2/8/2025 | 179 | N/A | 79737 | | 2/8/2025 |