United States District Court
Southern District of Texas
**ENTERED**
January 16, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| HOUSTON METHODIST HOSPITAL, *et al.*, | § § § § § | |
| Plaintiffs, | § § | |
| VS. | § § | CIVIL ACTION NO. 4:25-CV-05007 |
| ROBERT F. KENNEDY, JR., | § § § | |
| Defendant. | § | |

## ORDER

Plaintiffs Houston Methodist Hospital, Houston Methodist Baytown Hospital, and Houston Methodist Clear Lake Hospital have filed a Notice of Dismissal. ECF No. 9. In accordance with that Notice and Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff's claims against Defendants are hereby **DISMISSED WITHOUT PREJUDICE.** Accordingly, the Clerk is directed to administratively **CLOSE** this case.

**IT IS SO ORDERED.**

Signed at Houston, Texas on January 15, 2026.

Keith P. Ellison
United States District Judge

1/1